**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 13** |
| **SARA LYNN MCCLURE** | ) | **CASE: A26-62716-JWJ** |
| | ) | |
| | ) | |
| **DEBTOR** | ) | |

**CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS CASE**

COMES NOW, Nancy J. Whaley, the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

The Trustee was unable to conduct the Meeting of Creditors pursuant to 11 U.S.C. Section 341 because the Debtor failed to appear.

2.

The Debtor's payments under the proposed plan are not current, thus indicating that this plan is not feasible. 11 U.S.C. Section 1325(a)(6).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan, and to dismiss the case.

This the 9th day of November, 2026.

Respectfully submitted,

/s/___________________________________
Thomas M. Nicely
Attorney for the Chapter 13 Trustee
State Bar No. 998306

# CERTIFICATE OF SERVICE

Case No: A26-62716-JWJ

I certify that on this day I caused a copy of this Chapter 13 Trustee's Objection To Confirmation And Motion To Dismiss Case to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

**Debtor(s)**

SARA LYNN MCCLURE
1149 AUTUMN GLEN WAY
DACULA, GA 30019

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Objection To Confirmation And Motion To Dismiss Case using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

KING & KING LAW LLC

This the 9th day of November, 2026.

/s/___________________________________
Thomas M. Nicely
Attorney for the Chapter 13 Trustee
State Bar No. 998306
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201